IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.    3:23-CR-092 |
| ) | |
| HARMANPREET SINGH, et al. ) | |
| ) | |
| Defendant ) | |

**CORRECTIVE NOTICE REGARDING
DEFENDANT HARMANPREET SINGH'S OBJECTIONS
TO PRE-SENTENCE INVESTIGATION AND REPORT**

COMES NOW, Defendant, HARMANPREET SINGH (hereinafter "Mr. Singh"), by and through counsel undersigned and respectfully presents his corrective notice to his objections to the Pre-Sentence Investigation And Report filed by the Probation Office. In support thereof, Mr. Singh states as follows:

1. When filing Mr. Singh's objections to the presentence report, counsel for Mr. Singh was unaware of the policy of contacting the U.S. Probation Office first to discuss the objections prior to filing them with this Court.

2. Undersigned counsel recognizes that filing the objections with this Court may have created the incorrect impression that the Probation Office was not responding to defense counsel's objections.

3. To be clear, Mr. Raible of the Probation Office has been professional, cooperative and timely responsive to undersigned counsel in every stage of the preparation for Mr. Singh's upcoming sentencing.

4.	Undersigned counsel apologizes for the confusion caused by the filing of Mr. Singh's objections with this Court without first contacting the Probation Office.

WHEREFORE, Defendant Harmanpreet Singh respectfully presents his corrective notice to his objections to the Pre-Sentence Investigation And Report filed by the Probation Office.

        Respectfully submitted,
        HARMANPREET SINGH
        By Counsel

By:	*/s/ Matthew W. Greene*
    Matthew W. Greene, Esquire
    VSB 37538
    Of Counsel
    Law Offices of SRIS, pc
    4008 Williamsburg Court
    Fairfax, VA 22032
    T (703) 278-0405
    F (703) 278-0420
    E matthew.greene@srislawyer.com
    **Counsel for Defendant**

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on April 19, 2024, I caused the foregoing pleading to be electronically filed with the Clerk of the Court using the CM/ECF system which will then send notification of such filing (NEF) to all counsel of record. I further certify that a true and accurate copy of the foregoing pleading has been simultaneously emailed to Patrick Raible of the U.S. Probation Office at: patrick_raible@vaep.uscourts.gov.

By: */s/ Matthew W. Greene*
Matthew W. Greene, Esquire
VSB 37538
Of Counsel
LAW OFFICES OF SRIS, PC
4008 Williamsburg Court
Fairfax, VA 22032
T (703) 278-0405
F (703) 278-0420
E matthew.greene@srislawyer.com
**Counsel for Defendant**